[Civ. No. 652.   Third Appellate District.—October 18, 1909.]

# VICTOR POWER AND MINING COMPANY, a Corporation, Respondent, v. G. ZERR, Appellant.

EJECTMENT—PLEADING—REFUSAL TO VACATE JUDGMENT BY DEFAULT— NEGLIGENCE OF ATTORNEY.—The facts and the law appearing to be the same in this case as in case No. 651, *ante,* p. 497, the judgment and order appealed from are affirmed on the authority of that case.

APPEAL from a judgment of the Superior Court of Tehama County, and from an order refusing to vacate a default, and judgment by default. Wm. M. Finch, Judge presiding.

The facts appearing in the record as to the negligence of the attorney for the defendant appealing are the same as those which appear in case No. 651, *ante,* p. 497, on the second motion to set aside the default judgment in that case.

Braynard & Kimball, for Appellant.

W. F. Aram, and P. H. Coffman, for Respondent.

HART, J.—This is an action, ejectment in form, and the appeal is from the judgment and an order refusing to grant the motion of the defendant to set aside the default entered against him for failure to answer the complaint within the time allowed by the court upon overruling the demurrer to said complaint and to vacate the judgment entered upon said default.

The facts and the law pertinent thereto are, confessedly, similar to those in the case of the plaintiff herein against C. L. Cole—No. 651, *ante,* p. 497, [105 Pac. 758]—an opinion in which has this day been filed.

It therefore follows that, upon the authority of said case No. 651, the judgment and the order appealed from herein must be affirmed, and such is the order.

Chipman, P. J., and Burnett, J., concurred.